UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER T. EDELBACHER, | ) | 1:97-CV-05401-LJO-WMW-HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS |
| GEORGE GALAZA, et al., | ) ) | (Doc. 106) |
| Respondents. | ) ) | |

Petitioner is a state prisoner proceeding with counsel in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 20, 2007, petitioner filed a motion for an extension of time to file objections to the Magistrate's findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of March 1, 2007.

IT IS SO ORDERED.

**Dated:     April 2, 2007**             **/s/  William M. Wunderlich**
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE