

FILED

JUL 25 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETER T. EDELBACHER,

vs.

ARTHUR CALDERON ET.AL.,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:97-cv-5401 OWW/WMW HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

_____
_____
_____

__X__ Denied for the following reason: ALL ISSUES THOROUGHLY ANALYZED (CORRECTLY) BY STATE SUPREME COURT AND COURT OF APPEALS. NO ISSUE DEBATABLE AMONG JURISTS OF REASON IS PRESENTED.

Dated: 7-21-07

_____
OLIVER W. WANGER
United States District Judge